**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Compass Bancshares, Inc.
c/o Jerry W. Powell
15 South 20th Street
Birmingham, AL 35233

05-717-S+C

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(illegible)*   B. Date of Delivery

C. Signature
X *(illegible)*
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

7002 2410 0007 9875 8767

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789