**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 8, 2005

NOTICE OF REASSIGNMENT

Re:   Shirley Lee vs. Compass Bankshares, Inc.
      Civil Action No.  1:05cv717

The above-styled case has been reassigned to Judge W. Harold Albritton.

Please note that the case number is now 1:05cv717-A.  This new case number should be used on all future correspondence and pleadings in this action.