IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHIRLEY Z. LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv717-A |
| | ) | |
| COMPASS BANCSHARES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Motion to Substitute Defendant (Doc. #9), filed on November 14, 2005, it is

ORDERED that the Plaintiff shall show cause, if any there be, **on or before November 23**, **2005** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 16th day of November, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE