IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY Z. LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:05cv717-A |
| ) | |
| COMPASS BANK, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

No objection having been filed by the Plaintiff to Defendant's Motion to Substitute Defendant (Doc. #9) within the time allowed by the order of the court (Doc. #10) entered on November 16, 2005, the Motion to Substitute Defendant is GRANTED, and it is hereby ORDERED as follows:

   1.  Compass Bank is substituted for Compass Bancshares, Inc. as the proper Defendant in this case.

   2.  The style of this case is changed to *Shirley Z. Lee v. Compass Bank*, and all future filings shall so reflect.

   DONE this 8th day of December, 2005.


/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE