IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY Z. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No: 1:05-CV-717-A |
| | ) |
| COMPASS BANK, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT COMPASS BANK, INC.'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Compass Bank, Inc., the defendant in the above-styled action, respectfully submits this evidentiary submission in support of its contemporaneously filed Motion for Summary Judgment:

**Index**

| **Tab and Exhibit** | **Description** |
|---|---|
| **Defendant's Exhibit 1:** | **Selected Excerpts and Exhibits from the Deposition of Shirley Lee** |
| **Defendant's Exhibit 2:** | **Declaration of Regina McNeil with attached exhibits** |
| **Defendant's Exhibit 3:** | **Declaration of Mona George with attached exhibits** |
| **Defendant's Exhibit 4:** | **Certified Copy of the EEOC Charge of Shirley Lee** |

    /s/ Douglas B. Kauffman
One of the Attorneys for Defendant
Compass Bancshares, Inc.

833805.1

**OF COUNSEL:**
Douglas B. Kauffman
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
(205) 226-8758 (telephone)
(205) 226-8798 (facsimile)

### CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 26th of April, 2006:

        Malcolm R. Newman
        P. O. Box 6137
        Dothan, Alabama 36302

                      /s/ Douglas B. Kauffman
                      Of Counsel