have no lack of personality. Regina McNeil tried every possible way or excuses to stop or prevent me from advancement. Another incident was about my training on assisting the vault teller. Jerri Carothers (the customer service manager) had the direct responsibility for this. She has deliberately delayed and stopped my training on assisting vault teller since May 2004. In summary, the managers at the Dothan Main have not only racially discriminated against the minorities but also tried to get rid of them (I am the last one). She hires people on the basis of personal favoritism instead of professionalism.

In the past ten years, I have worked many places such as: Army Aviation Center Federal Credit Union, Southtrust Bank, Colonial Mortgage Company, and this is the worst place that I have ever experienced. I said this not because of personal reasons. It is the truth. This is a place where managers misuse their powers and this is the place where minorities have been discriminated against. Should they know this is against the federal law!!!

Sincerely,

*[signature]*
Shirley Lee

CC: Alabama Department of Industrial Relations
   Civil Rights Center in Washington, DC

To:       Shirley Lee
From:     Jerri Carothers
Date:     04/05/04
Re:       Written Counseling



This memo is in regard to a employee meeting held on 4-2-04 in which we discussed the importance of following our service standards by not taking personal call while waiting on customers. This is extremely rude and not acceptable. During this meeting I did tell everyone in attendance that anyone doing this would be written up for failure to follow Compass Bank's customer service standards. Regina McNeil, Branch Manager saw you later in the day attempting to wait on a customer while taking a personal phone call. This is totally unacceptable and doing so in the future will lead to further disciplinary action.

Please sign below acknowledging receipt of this memorandum:

_____        _____
Shirley Lee                           Date


cc: Human Resources

• Page 1

Compass/Lee
037