

DEFENDANT'S
EXHIBIT
2

## Declaration of Regina McNeil

1.    My name is Regina McNeil.  Currently and at all times relevant to the matters discussed below, I have been employed by Compass Bank as the Banking Center Manager ("BCM") at Compass Bank's Dothan Main banking center or branch.  I have personal knowledge relating to the matters below.

2.    I along with Jerri Carothers, Customer Services Manager ("CSM") interviewed and hired Shirley Lee as a Teller in the Dothan Main branch in April 2001. As the CSM, Carothers was Ms. Lee's direct supervisor.

3.    During Ms. Lee's employment with Compass Bank, she received several written warnings and was counseled regarding her attendance. These attendance warnings were based on her absences as recorded through an attendance record.  Ms. Lee was not demoted and did not lose any income or other job benefit as a result of these attendance warnings.  Rather, the warnings and counseling sessions are used to inform employees that they their attendance is less than satisfactory and should be improved.

4.    On or about September 17, 2002, I received a customer complaint from Ms. Willie Pittman, a customer, regarding Ms. Lee.  Ms. Pittman complained that Ms. Lee had not waited on her in a timely manner, and Ms. Pittman stated that she believed Ms. Lee treated her this way because Ms. Pittman was black and not dressed well.  A true and accurate copy of my notes relating to Ms. Pittman's complaint, which were maintained in the ordinary course of business, is attached hereto as Exhibit A.  I discussed Ms. Pittman's complaint with Ms. Lee.  However, I did not issue to Ms. Lee any written warning or disciplinary action relating to this incident.

5.      On or about January 27, 2003, Ms. Carothers received a customer service complaint from Mr. Petit relating to Ms. Lee. Mr. Petit complained that Ms. Lee had been rude to him while waiting on him. No discipline was issued to Ms. Lee relating to Mr. Petit's complaint.

6.      On April 2, 2004, Ms. Carothers conducted a meeting with the Tellers at the Dothan Main branch regarding customer service. Ms. Carothers specifically instructed Tellers not to take personal phone calls while waiting on customers. Later that same day, I observed Ms. Lee attempting to wait on a customer while taking a personal phone call. As a result, Ms. Carothers and I counseled with Ms. Lee regarding her conduct. Ms. Carothers also prepared a "Written Counseling" form to be presented to Lee, a true and accurate copy of which is attached hereto as Exhibit B. The written counseling form was never presented to Ms. Lee, because shortly after Ms. Carothers orally counseled Ms. Lee, Lee submitted a letter of resignation.

7.      Subsequent to submitting a letter of resignation, Ms. Lee decided to stay employed with Compass Bank. Ms. Carothers and I both were in agreement with Ms. Lee's decision to stay employed with Compass Bank and allowed her to withdraw her resignation.

8.      During her initial days of employment as a Teller, Ms. Lee was assigned to watch and be trained by a Head Teller. The Head Teller showed Ms. Lee the various teller procedures to be followed, including the check casing process involving the verification of endorsements and signatures on checks.

9.      Ms. Lee's delegated authority, which is the limit that Ms. Lee is allowed to cash checks without obtaining managerial approval, for a two party check was $1000,

as established by the "Delegated Authority" document she signed on November 28, 2001. It was my understanding that Ms. Lee's delegated authority was $1000 throughout her employment with Compass Bank. A two-party check is a check written by one individual payable to another individual, who then presents the check to Compass Bank for cashing.

10.     In the extremely rare event that Ms. Carothers and I were both absent from the banking center at the same time, the Tellers were informed to request a Head Teller (also called a Customer Service Coordinator) to review and approve any check cashing above their delegated authority. Also, the Tellers were provided my and Ms. Carothers' cell phone numbers to allow them to call us at any time to discuss approval of cashing checks. Accordingly, now and during Ms. Lee's employment, Tellers always had available someone who could provide approval to cash a check above the Tellers' delegated authority limits.

11.     On June 4, 2001 and April 13, 2004, Ms. Lee received and signed the document entitled, "Teller Performance Expectations," which informs and reminds Tellers to adhere to check cashing policies and procedures, including the checking of endorsements and signature verifications. During the period of Ms. Lee's employment, these check cashing policies and procedures were reviewed with Tellers periodically during branch meetings.

12.     In 2003, Compass Bank requested all Tellers to provide a "T" bar or notation on each check being cashed. A "T" notation requires Tellers to put certain information into four quadrants of a "T" or a cross. The top left quadrant contains a notation that Compass' system has been checked for messages (*e.g.*, stop payments) and

the open date of the account. In the top right quadrant, the Teller must note the information regarding the individual's ID. The bottom left quadrant should contain a check mark indicating that the current balance of the account on which the check is being drawn has been reviewed. Also, the bottom left quadrant also should contain the initials of who is approving the transactions, assuming the transaction is above the Teller's delegated authority. The bottom right quadrant required the Teller to note if a "hold" is placed on the check. This requirement was well-known by the Tellers and emphasized through meetings and training provided prior to mid-2004.

13.    On or about October 12, 2004, Mona George, the District Services Operation Manager ("DSOM") provided the Tellers assigned to the Dothan Main branch refresher training regarding the check-cashing procedures and informed them of a some recent check-cashing schemes.

14.    In late December 2004 or January 2005, Ms. Carothers and I learned that Ms. Lee had cashed two fraudulent checks without following the proper check cashing procedures. The checks resulted in a total loss to Compass Bank and to the Dothan Main Branch of $3,000. On two separate occasions, someone impersonated a Compass Bank account holder and presented checks for cashing that were drawn on other banks. Ms. Lee did not write the required information for the "T" notation on either check. Because she failed to do this, the loss was attributed to the Southeast District, which is the District for the Dothan Main branch. The "T" notation would have included information regarding the alleged customer's account and required Lee to verify the individual's identification. In addition, one of the checks contained a false endorsement of Compass Bank account holder, Cheryl Alleman. Compass has a system that allows Tellers to

review account holders' signatures as well as their photo identifications, such as a driver's license. Ms. Alleman is white, as indicated by her identification. Attached hereto as Exhibit C is a true and accurate copy of the verification of Ms. Alleman's signature and her identification (minus any confidential redacted information), which was available to Ms. Lee on Compass Bank's verification system. Had Ms. Lee checked the system, she would have discovered that Ms. Alleman is not African-American, which was the race of the individual who was impersonating Ms. Alleman, and discovered that the endorsement was fraudulent because it did not match the signature of Ms. Alleman. Moreover, both fraudulent checks cashed by Ms. Lee were made payable in the amounts of $1,500, which was over Ms. Lee's $1,000 delegated authority. Ms. Lee did not receive management approval for cashing the checks.

15.    Because Ms. Lee did not follow the check cashing procedures as discussed above, her employment was terminated, as stated in the January 28, 2005 memorandum from Ms. Carothers and myself to Ms. Lee. The termination decision was discussed with Mona George, the DSOM, and she concurred with the decision. Prior to her termination, Ms. Lee never stated that she could not follow the check cashing procedures due to the system being down, someone not being available to approve the transaction, or for any other reason. Instead, prior to her termination from employment, she offered no excuse for her failure to follow the check cashing procedures. The Teller position vacated by Ms. Lee was filled with an African-American, Tequila Thomas.

16.    I made the decision to select Jennifer Little in September 2002, Leslie Weber in November 2002, and Holly Brownell in January 2003 for the Financial Sales Representative ("FSR") position. I selected Jennifer Little and Leslie Weber for the FSR

positions, because they both held the FSR position at another Compass branch at the times they each applied for the FSR positions at the Dothan Main branch. Accordingly, Jennifer Little and Leslie Weber both had previous FSR experience. Ms. Lee had never been a Financial Sales Representative at Compass Bank and therefore was not as qualified as Ms. Little and Ms. Weber. In addition, Ms. Lee did not apply for the FSR position that was filled by Leslie Weber. Attached hereto as Exhibit D is a true and accurate copy of the selection file related to the FSR position filled by Leslie Weber, which is kept in the ordinary course of business. I selected Holly Brownell for the FSR position based on her customer service experience and her prior experience in processing loan documentation. Prior to receiving the FSR position, Holly Brownell held a Financial Services Loan Processor position. Ms. Brownell was highly recommended by her supervisor at the time. Therefore, Ms. Brownell was the best candidate for the FSR position compared to Ms. Lee.

17.    Ms. Lee testified during her deposition that she was informed that Tiffany Davis had allegedly committed an error in cashing a fraudulent check and was not terminated. It is my understanding that Ms. Davis cashed a fraudulent check while she was employed at a different Compass Bank branch other than a Dothan Main branch. While I am not aware of all the circumstances surrounding this event and did not make any decisions relating to it, I have reviewed the fraudulent check. Unlike the checks cashed by Ms. Lee, Ms. Davis wrote the "T" bar or notation information on the check and otherwise followed the check cashing procedures.

18.    Attached hereto as Exhibit E are true and accurate copies of the attendance records for Karen Jackson and Stefanie Green. Ms. Jackson never had an attendance



9-17-02

Ms. Willie Lee Pittman came into the bank and had a complaint on Shirley Lee. Ms. Pittman had come thru drive in on Monday afternoon about 4:30. Shirley asked her if she had an account here and she said no. Shirley told her there would be a $3 fee. Ms. Pittman said OK because she did not have time to go to her bank. Ms. Pittman said that Shirley waited on about 5 cars after informing her of the $3 fee before cashing the check for Ms. Pittman. Ms. Pittman felt that it was because she was black and was not dressed very well at the time.

I thanked Ms. Pittman for making me aware of the situation and assured her that I did not think Shirley intended to make her feel that way. I addressed the situation with Shirley. on 9-19-02.

Regina

DEFENDANT'S
EXHIBIT
11

PENGAD 800-631-6989



EXHIBIT

B

To:        **Shirley Lee**

From:      **Jerri Carothers**

Date:      **04/05/04**

Re:        **Written Counseling**

---

This memo is in regard to a employee meeting held on 4-2-04 in which we discussed the importance of following our service standards by not taking personal call while waiting on customers. This is extremely rude and not acceptable. During this meeting I did tell everyone in attendance that anyone doing this would be written up for failure to follow Compass Bank's customer service standards.  Regina McNeil, Branch Manager saw you later in the day attempting to wait on a customer while taking a personal phone call.  This is totally unacceptable and doing so in the future will lead to further disciplinary action.

Please sign below acknowledging receipt of this memorandum:

_____        _____

Shirley Lee                              Date

cc:  Human Resources

● Page 1

Compass/Lee
037




**EXHIBIT**
C
ALL-STATE LEGAL®

**Compass Bank**

**PERSONAL DEPOSIT ACCOUNT SIGNATURE CARD**

| Date | Prepared By | State, Branch No & Cost Center | |
|---|---|---|---|
| 10/20/2004 | Racheal A. Richard | FL | 664 | 66321 |

[ ] New Account    [ ] Name Change    [X] Add Party to Account    [ ] Appoint Successor Custodian

## ONLY ONE ACCOUNT PER CARD - USE BLACK MEDIUM POINT PEN

PARTIES TO THE ACCOUNT (NAME ONE OR MORE PARTIES)

CHERYL B ALLEMAN

| SOCIAL SECURITY NUMBER | BANK NO | ACCOUNT NO |
|---|---|---|
| | 065 | |

**RIGHTS AT DEATH** (select one)

[ ] SINGLE-PARTY ACCOUNT   At death of party, ownership passes as part of party's estate

[ ] SINGLE-PARTY ACCOUNT WITH POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)

At death of party, ownership passes to POD beneficiaries and is not part of party's estate

[X] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP  At death of party, ownership passes to surviving parties

[ ] MULTIPLE-PARTY ACCOUNT WITH RIGHT OF SURVIVORSHIP AND POD (PAY ON DEATH) DESIGNATION (Name one or more beneficiaries)

At death of last surviving party, ownership passes to POD beneficiaries and is not part of last surviving party's estate

**\*FLORIDA ONLY AND HUSBAND AND WIFE ONLY**
Compass Bank does not offer account ownership in the form of Joint Tenants by the Entirety  If you are a married couple who jointly own a survivorship account, the form of that account ownership is Joint Tenants with the right of survivorship  Joint Tenants by the Entirety is specifically disclaimed

**ACCOUNT AGREEMENT**  By signing below, Customer (1) requests a deposit account with Compass Bank, (2) acknowledges receiving a copy of the Disclosure Booklet for Consumer Accounts and either the Disclosure for Interest Earning Consumer Accounts or the Disclosure for Non-Interest Earning Consumer Accounts, and (3) agrees to the terms and conditions of the account provided in those disclosures  If this form is being used to add a party to the account or appoint a successor custodian, the existing party agrees to the addition or change by signing this card

| Name   CHERYL B ALLEMAN | Name   ROBERT J ALLEMAN |
|---|---|
| Signature | Signature |

**TAXPAYER IDENTIFICATION NUMBER CERTIFICATION**
(Refer to the Disclosure Booklet for Consumer Accounts for a complete explanation of Backup Withholding Regulations )

Under penalties of perjury, I certify that

1  The Internal Revenue Service has not advised me that I am currently subject to backup withholding unless I check this block    [ ]

2  I am a U S  person (including a U S  resident alien) unless I check this block    [ ]

3  [X]  The Social Security Number shown above is the correct Taxpayer Identification Number, OR

[ ]  I have applied for a Social Security Number (If number is not provided within 60 days, the account will be closed  If a withdrawal of $500 or more is made prior to the Bank's receipt of this number, the Bank will withhold 28% from interest payments ), OR

[ ]  All owners of this account are nonresident aliens and each owner has provided the appropriate completed Form W-8

| Signature of Tax Record Owner | | |
|---|---|---|

**ATM CARD APPLICATION**

Sign me up for the fee schedule indicated    [ ] Per-Transaction Charge    [ ] Monthly Fee    [ ] Annual Fee

[ ] I AM APPLYING FOR A COMPASS CHECK CARD,    [ ] PIN for Compass Check Card selected on Demomate    Demom...

*The Sunshine State*
Florida DRIVER LICENSE CLASS E
CHERYL BETH ALLEMAN
Florida DRIVER LICENSE CLASS E
*The Sunshine State*
ROBERT JAMES ALLEMAN

[ ] I AM APPLYING FOR A COMPASS CHECK CARD    [ ] PIN for Compass Check Card selected on Demomate    Demomate ID No  (7 digits) _____   Related Offset No  (5 digits) _____

[ ] ADDING LISTED ACCOUNTS TO EXISTING CARD NUMBER _____

[ ] I ACKNOWLEDGE RECEIPT OF COMPASS COURIER CARD NO _____  AND OF THE *COMPASS ATM CARD AGREEMENT AND DISCLOSURE STATEMENT*

| I WANT MY CARD TO ACCESS THE FOLLOWING ACCOUNTS (must be an owner on each account) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Chk | Sav | Account Number | Chk | Sav | Account Number | Chk | Sav | Account Number |
| | P | | | | | | | |
| | P | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Signature | ID (Required) |
|---|---|
| Rev  5/04       REDACTED | Data Entry (Bag) |

(JetForm - APPERSG)  AL/FL

# Section One:

EXHIBIT

D

- ❑ Requisition
- ❑ Internal Posting
- ❑ External Posting: AJB
- ❑ Ads, if applicable


**Compass Bank**

# STAFF REQUISITION

| POSITION TITLE | LEVEL I (CHAIRMAN'S DIRECT REPORT) | LEVEL II (DIVISION) | CITY/CITY CODE | COST CENTER | DEPARTMENT |
|---|---|---|---|---|---|
| Financial Sales Representative | | | Dothan/19 | 28300 | Retail |

| SEARCHING SUPERVISOR | EXTENSION | EMPLOYMENT CODE | | TYPE |
|---|---|---|---|---|
| Regina McNeil | 334-712-7011 | X FULL TIME / ☐ PART TIME | ☐ TEMPORARY ☐ SUMMER ☐ OCCASIONAL | ☐ EXEMPT ☒ NONEXEMPT |

| GRADE | RANGE | MINIMUM | MIDPOINT | MAXIMUM | WORK WEEK: ☐ STANDARD ☐ THREE DAYS |
|---|---|---|---|---|---|
| 08 | C | $18,370 | $22,960 | $27,550 | OTHER |

| EMPLOYEE REPLACED | REASON | CHECK IF ADDITION TO STAFF | NORMAL SCHEDULE: |
|---|---|---|---|
| New Position | ☐ PROMOTION ☐ TERMINATION ☐ OTHER SPECIFY New Position | ☐ | |

NORMAL SCHEDULE:

MONDAY        8:00 – 5:00
TUESDAY       8:00 – 5:00
WEDNESDAY     8:00 – 4:00
THURSDAY      8:00 – 5:00
FRIDAY        8:00 – 6:00
SATURDAY      8:30 – 12:30 every 3 rd week
SUNDAY

**APPROVAL SIGNATURES / DATE:**

DEPARTMENT HEAD   *Regina McNeil*   11/05/02

DIVISION EXECUTIVE   *Mark G. ____*   11/15/02

GROUP EXECUTIVE (CHAIRMAN & CEO IF ADDITION TO STAFF)

**REQUIRED QUALIFICATIONS:**
High school diploma or equivalent required. One year of banking, retail or customer service experience. CRT and calculator skills. Good typing skills. Excellent oral and written communication skills.

**PREFERRED QUALIFICATIONS:**
Bachelor's Degree in Business, Finance or related field. Prior customer service experience. PC Skills.

**RESPONSIBILITIES:**
Sells retail banking products and services to all branch customers. Opens new accounts and obtains all required documentation. Promotes cross selling of retail products by soliciting existing and prospective customers. Provides outstanding customer service while responding to daily customer inquiries.

HUMAN RESOURCES REQUIREMENTS

| Date Received | Job No. 1200 | Job Description Check | Site Code | Recruiter | Job Posted | Date Posted | Requisition No. 43789 |
|---|---|---|---|---|---|---|---|

| Position Accepted By Name: | | SSN: | | Date Accepted | Start Date | Days to Fill | Source Code |
|---|---|---|---|---|---|---|---|

| NAME | SOCIAL SECURITY NUMBER | DATE REFERRED | RACE * | SEX | SOURCE (including Bids) | STATUS OR OFFER |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* A – CAUCASIAN    B – AFRICAN-AMERICAN    C – HISPANIC    D- ASIAN    E - AMERICAN INDIAN

| From: | ALGULFJOBS(ALCENTRALJOBS) (ALGULFJOBS) (ALGULFJOBS) (ALGULFJOBS) |
|---|---|
| To: | Post - ALCENTRAL |
| Date: | 11/20/02 10:26AM |
| Subject: | SOUTHEASTERN AL POSTING - Auburn, Dothan, Eufaula & Montgomery |

***Please print this e-mail and post for those employees who do not have e-mail access. Thank you!***

**\*\*OPEN ENROLLMENT ENDS TODAY!\*\***
*Today is the final day to make benefits elections for 2003! Go online through the intranet link, or call 1-800-425-5864 (company number 01834), by 9:00 tonight, to make changes to your benefits for 2003.*

**\*\*RETIREMENT PLAN CHOICE!\*\***
*The one time opportunity to make a decision about your retirement plan goes through 11/27/02... but if you make your election TODAY you will be entered into a drawing for a cruise!!!*

**===GENERAL INFORMATION====**

The Compass Bank Job Posting program is provided as a benefit to managers and employees. This listing is updated each Wednesday. These listings are also available on our telephone Job line at 334-409-7306.

You may apply for any position for which you meet the required minimum qualifications as long as you are performing at a proficient level and have been in your current position for a minimum of one year. Employees with less than twelve months of service in their current position may seek special approval from their manager to bid on an open position. Please refer to the Managing People Manual (Section 2.01) for complete information about the job posting policy.

It is Compass Bank's policy to post all open positions with limited exceptions. Managers may consider both Compass employees and external applicants at the same time, but may not make a hiring decision until all bids received by the posting deadline have been considered. Jobs can be filled at any time after the posting closes.

**ALL SELECTIONS ARE MADE IN COMPLIANCE WITH EQUAL EMPLOYMENT OPPORTUNITY AND AFFIRMATIVE ACTION LAWS AND REGULATIONS.**

**====JOB LINE & INTERNET JOB LISTINGS====**

**This posting information is also available on our telephone Job line at 334-409-7306 for Auburn, Dothan, Eufaula, and Montgomery job listings.**

**The Job line number for listings in Mobile and Baldwin County is 251-470-7449.**

**The Job line number for listings in Tuscaloosa is 205-391-2526.**

**Online, our job listing can be found at www.ajb.org and at www.compassweb.com.**

**Please share this information with anyone interested in employment opportunities with Compass!**

#### ====POSTING BULLETIN CONTENTS====

Each job posting consists of four elements: *Responsibilities* - describes the function and duties of the position; *Required Qualifications* - describes the minimum level of education, skills, experience and ability you must have to be considered for this position. If you do not meet this minimum, you are not eligible to bid on the position. All bid applicants meeting minimum qualifications will be considered; *Preferred Qualifications* - describes the skills, experience and abilities the hiring manager prefers. You do not necessarily have to have these qualifications to be considered; *Notes* - contains information specific to a particular job (IE, schedule).

NEW OPENINGS appear first, followed by positions that were PREVIOUSLY POSTED & STILL AVAILABLE. After the job postings, there are instructions on HOW TO EXPRESS YOUR INTEREST IN A POSTED POSITION.

#### ====NEW OPENINGS====

**-Financial Sales Representative / Dothan / Dothan Main  / Grade 08C / Job Posting #43789-F-DO /**
RESPONSIBILITIES: Sell retail banking products and services to all branch customers. Open new accounts and obtain all required documentation. Promote cross selling of retail products by soliciting existing and prospective customers. Provide outstanding customer service while responding to daily customer inquiries. / REQUIRED QUALIFICATIONS: High school diploma or GED equivalent required. One year of banking, retail or customer service experience. CRT and calculator skills. Good typing skills. Excellent oral and written communication skills. / PREFERRED QUALIFICATIONS: Bachelor's degree in Business, Finance, or related field. Prior customer service experience. PC Skills. / NOTE: Full time schedule includes Saturday morning rotation.

#### ====PREVIOUSLY POSTED & STILL AVAILABLE====

*There are no previously posted positions still available.*

#### ====RECRUITER CONTACT INFORMATION====

Unless otherwise noted, job postings grade 1-11 are assigned to Bynum Rogers, fax 334-409-7469. Grades 12 and up are assigned to Kelli Martin Stein, 251-470-7379.

#### ===HOW TO EXPRESS YOUR INTEREST IN A POSTED POSITION===

1. Complete a bid application form, available from your manager or your regional Human Resources office. Attach your resume if you have one.

2. Your manager must sign your bid application to certify that you meet both the service and performance requirements and are therefore eligible to bid.

3. Send your completed, signed bid application to the recruiter listed on the posting. Faxed bids will be accepted at the appropriate recruiter's fax number. UNDER NO CIRCUMSTANCES should the bid application be sent directly to the hiring manager as all bids must be processed through Human Resources.

4. The recruiter will verify that you meet required qualifications and are eligible to bid and will then forward your bid information to the searching manager.

5. It is in your best interest (but not necessary) to bid on a desired position prior to the date the posting is removed from the New Openings list. Managers may not make a selection decision for posted positions until all bids received by the posting date have been considered, but may fill a job any time after the posting closes. All qualified bids for positions not yet filled will be considered. Employees interested in bidding on open positions are encouraged to submit bids as quickly as possible to facilitate their consideration.

**===THIS BULLETIN WAS LAST UPDATED===**

November 20, 2002



ALABAMA'S
# JOBBANK
S E R I O U S  NetWORKING™

Job Search | My Account | For Employers | Help

Logout

# Job Builder: Job Details

### Step 5. Preview/Submit Job

#### Job Summary
**Job Number:**

| | |
|---|---|
| **Job Title:** | Financial Sales Representative 43789-F-DO |
| **Company Job ID:** | 43789-F-DO |
| **Company:** | Compass Bank |
| **Location:** | Dothan , Alabama |
| **Job Start Date:** | 11/20/2002 |
| **Job Type:** | Permanent |
| **Job Classification:** | Full Time |
| **Hours/Week:** | 40 hrs/week |
| **Salary Range:** | not provided |
| **Education:** | High School/G.E.D. |
| **Required Degree/ Formal Training:** | not provided |
| **Required Licenses/ Certificates :** | not provided |
| **Experience:** | Entry Level(0-2 years) |
| **Company Homepage :** | http://www.compassweb.com |

#### Job Description

RESPONSIBILITIES: Sell retail banking products and services to all branch customers. Open new accounts and obtain all required documentation. Promote cross selling of retail products by soliciting existing and prospective customers. Provide outstanding customer service while responding to daily customer inquiries. / REQUIRED QUALIFICATIONS: High school diploma or GED equivalent required. One year of banking, retail or customer service experience. CRT and calculator skills. Good typing skills. Excellent oral and written communication skills. / PREFERRED QUALIFICATIONS: Bachelor's degree in Business, Finance, or related field. Prior customer service experience. PC Skills. / NOTE: Full time schedule includes Saturday morning rotation.

#### Job Benefits

| | |
|---|---|
| 401-K/Retirement Plan | Life Insurance |
| Dental Insurance | Sick Leave |
| Flexible Benefits | Vacation |
| Health Insurance | Vision Insurance |
| Holidays | |

Tuition Reimbursement, Discounted Stock Purchase

#### Contact Information

| | |
|---|---|
| **Contact:** | Bynum Rogers |
| **By Mail:** | Compass Bank PO Box 295 Montgomery , AL 36101 |
| **By Phone:** | ( 334 ) 409-7306 |
| **By Fax:** | ( 334 ) 409-7469 |
| **By E-mail:** | bhr1@compassbnk.com |

BACK    SUBMIT JOB    PRINTER FRIENDLY VERSION

SAVE TO FINISH LATER



Job Search | My Account | For Employers | Help

# Job Builder: Job Posting



ACCOUNT INFO

RESUME MANAGER

RESUME SEARCH

RESUME SCOUTS

JOB MANAGER

JOB BUILDER

Thank you for your job posting with Alabama's Job Bank.
**Your Job Order number is: 1775283**

PRINTER FRIENDLY VERSION

An administrator from Alabama's Job Bank will review your job order. It should be approved and available for searching in approximately one business day. Please make note of the job order number listed above so you may easily locate your job order after it has been approved.

**Your job order will remain active for 45 days.**

DUPLICATE JOB

CREATE A NEW JOB

SEARCH FOR RESUMES
Find resumes that
match this job.

☐ Add as a
Resume Scout

About AJB | Feedback
Copyright © 2002 America's Job Bank

# Section Two:

- Selection/Rejection Documentation
- Selected Candidate:
    1. Copy of application, bid, or profile

## INTERVIEWING SELECTION/REJECTION DOCUMENTATION
For HR use only (12/01/2000)

**Hiring Manager:** REGINA MCNEIL        **Requisition #:** 43789        **Job:** 1206    FINANCIAL SALES REPRESENTATI

**Completed by** _____BHR_____        **Date** _____11/22/2002_____

---

**IMPORTANT NOTE TO INTERVIEWERS/RECRUITERS:** It is extremely important to document using the reasons and codes listed below on **any** applicant not selected for hire. Moreover, applicants may not be hired when any of the deficiencies noted below are evident and other applicants possessing these deficiencies are not hired. Reasons and codes must be clearly justified based on job relatedness.

1. **Not best qualified applicant** (indicate below specific reasons(s) this applicant was not best qualified, assuming this applicant meets minimum job requirements.)

2. **Does not meet minimum job requirements per job description**
   a. education
   b. experience
   c. knowledge, skills, and abilities
   d. failed testing
3. **Communication skills**
   a. did not demonstrate ability/willingness to respond clearly and directly to questions
   b. did not demonstrate ability to understand interviewer's questions
   c. did not demonstrate ability/willingness to listen
   d. did not demonstrate ability to reasonably limit responses to the questions and/or topic discussed
4. **Interpersonal**
   a. demonstrated abrasiveness
   b. was argumentative
   c. was uncooperative
5. **Professionalism**
   a. dress and/or general appearance inappropriate for job
   b. used inappropriate/offensive language
   c. hygiene
6. **Lack of interest in position, duties, responsibilities**
7. **Applicant declined job offer**
8. **Job offer withdrawn**
9. **Applicant withdrew from consideration**
10. **Unstable work history**
11. **Failed criminal background check**
12. **Failed drug screen**
13. **Failed credit check**
14. **Falsified/misrepresented facts on application**
15. **Did not show for interview**
16. **Poor work history/references**
17. **Incomplete application**
18. **applicant did not follow directions**
19. **Other (explain in sufficient detail)**

---

**Name:** WEBER, LESLIE A
**Race:** W        **Gender:** F        **Source:** Internal        **Disposition:** HIRED
**Interviewed: Yes** _X_ **No**____ **Interviewed by recruiter**____ **Manager** _X_ **SS Number:**
**Rational:** Current Compass Bank FSR seeking location change

---

**Name:** LOPEZ, GISELE A
**Race:** W        **Gender:** F        **Source:** External        **Disposition:** 01 BETTER APPLICANT
**Interviewed: Yes**____ **No** _X_ **Interviewed by recruiter**____ **Manager**____ **SS Number:**
**Rational:** Not selected in favor of existing compass Bank FSR

---

**REDACTED**

# Compass Bank

**Human Resources Division**
**Employee Profile**

| Name: | LESLIE A WEBER | | Emp No: | 37560 |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| Social: | | Status: | **ACTIVE** |
| Next Perf Date: | 05/16/2003 | Emp Category: | **FULL TIME** |
| Salary Date: | 05/13/2002 | Original Hire Date: | 05/13/2002 |
| Building: | COTTAGE HILL | Cost Center: | |
| City: | MOBILE | | 70328 |

Effective Date of Change(s): 12/1/02  *location + cc*

Check ONLY one box in each column below, as applicable: *change + chan*

| Salary Increase | Grade / Title Change | Category Change *eval dat* |
|---|---|---|
| [ ] Merit Increase | [ ] Promotion | [ ] Full Time to Part Time |
| | (Title Change; Grade Increase) | [ ] Full Time to Peak Time |
| [ ] Promotional Increase | [ ] Lateral | [ ] Part Time to Peak Time |
| | (Title Change; No Grade Change) | [ ] Part Time to Full Time |
| [ ] Special | [ ] Demotion | [ ] Peak Time to Full Time |
| | (Title Change; Grade Decrease) | [ ] Peak Time to Part Time |
| | [ ] Reclassification | [ ] Temporary to Regular |
| | (Grade Change Only) | [ ] Leave of/Return from Absence* |
| | | [ ] Termination** |

| Current | New |
|---|---|
| **Grade:** 08A | **Grade:** |
| **Salary:** $24,000.00 | **Salary:** Increase Amount $: |
| **Salary Date:** 05/13/2002 | **\*\*\* Anualized %:** Increase Amount %: |
| Shift Date / Shift / Differential Percent | **Shift Changes:** New Shift Assigment |
| Last Increase Amount $0.00 | |
| Last Increase Percent 0.00 % | |
| Last Increase Reason N NEW HIRE | |
| Cost Center: 70328 | **Cost Center:** 28300 |
| Location/Address/Code: 45IF | **Location Address/Code:** 19(8) |
| 2290 HILLCREST ROAD | |
| Job Number: 1206 | **Job Number:** |
| **Job Title:** FINANCIAL SALES REPRESENTATIVE | **Job Title:** |
| Officer Title: | **Officer Title:** |
| Last Perf Date: | **Next Perf Date:** 12/1/03 |
| Last Perf Rating: | **New Perf Rating: (Circle one)** |
| Salary Range: | O = Outstanding  NI = Needs Improvement |
| Minimum: 20390  Quartile: 22940  Midpoint: 25490  Quartile: 28040  Maximum: 30590 | S = Superior  UN = Unsatisfactory  P = Proficient |

| | | | |
|---|---|---|---|
| Immediate Manager: | | Date: | Contact Number: |
| Reviewing Manager: | (signature) | Date: 12/2/02 | Contact Number: 8470322 |
| Reviewing Manager: | | Date: | Contact Number: |

| | | | |
|---|---|---|---|
| Cost Center Manager: | MICHELE HAND | Building: | COTTAGE HILL |
| Cost Center Description: | 70328 MOBILE BNKG CTR COTTAGE HILL | | 2290 HILLCREST ROAD |
| MGR-Inter-Company Mail Code: | AL MO-CH BCH | City: | MOBILE AL 36695 |

\* Please attach leave of absence documentation
\*\* Please attach letter of resignation and complete reverse side

\*\*\*Annualized %= (% X12 months)/by months since last increase)
Revision 12/2002 (JMS)

REDACTED

# Section Three:

- Applications/Resumes referred to Hiring Manager and interviewed, but not selected

# Section Four:

- Applications/Resumes referred to Hiring Manager that hiring manager did not interview

# Section Five:

- Applications/Resumes screened by HR and found to be minimally qualified, but not referred to hiring manager

RECEIVED

NOV 1 9 2002


# Compass Bank

An Equal Opportunity/Affirmative Action Employer

| For HR use only | |
|---|---|
| Applicant #: _____ | Requisition #: _____ |
| HR Rep: _____ | Background Results: _____ |
| Disposition #: _____ | Disposition Date: _____ |

# APPLICATION FOR EMPLOYMENT

**Thank you for your interest in employment with Compass Bank. All applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, age, disability or veteran status. Employment with our company is at the will of the employee and the organization.**

Compass Bank functions in a position of public trust and is subject to Federal Deposit Insurance Corporation (FDIC) and other government regulations. If you are offered a position, the offer will be contingent on the results of a thorough background check, which may include your prior employment, criminal conviction record, credit record and other areas. As Compass Bank maintains a drug-free workplace, all offers of employment are also contingent on successful completion of pre-employment drug screening. If you need an accommodation to participate in the application process (e.g., taking a pre-employment test, participating in an interview), you may request such an accommodation. However, it would be helpful if you would inform us of the need for such an accommodation within a reasonable period of time before that part of the application process begins.

## IMPORTANT INSTRUCTIONS/INFORMATION FOR APPLICANTS

- Although we welcome your resume, you **MUST** complete this application **IN FULL**. Make sure that all the information you supply is correct and complete. Failure to do so may result in disqualification or termination of employment.

- This application will remain active for a maximum of 90 days. If you have completed an application within the last 90 days, you need not complete another one.

- Read the Certification & Acknowledgment section on the last page carefully and sign where indicated.

- The "Voluntary Self-Identification" section requests information that federal regulations require us to gather. This section will be detached from the application before it is reviewed for employment consideration.

- Please complete ALL areas below.

# GENERAL INFORMATION

Today's Date  11|10|02                               **REDACTED**

| First Name | Middle Initial | Last Name | Social Security # |
|---|---|---|---|
| Gisele | A. | Lopez | |

| Current Address | City | State | Zip | Home Phone # (Area Code + Number) |
|---|---|---|---|---|
| | | | | |

| Former Address | City | State | Zip | Work Phone # (Area Code + Number) |
|---|---|---|---|---|
| | | | | |

| List ALL Former Names | Pager &/or Cell Phone # (Area Code + Number) |
|---|---|
| Gisele Ostendorf   Gisele Ivy | |

| Have you previously applied for a position with Compass Bank? ☐ Yes ☒ No   If yes, when and where? | Have you previously worked for Compass Bank, its predecessors or affiliates? ☐ Yes ☒ No   If yes, when and where? Include employee, temporary service, contract. | Have you ever taken any of Compass' pre-employment tests? ☐ Yes ☒ No   If yes, when and where? |
|---|---|---|

| List your PRIMARY position of interest. | Location(s) at which you are available to work: | Looking for: ☐ Full Time Only   ☐ Part-time Only |
|---|---|---|
| Customer Service | Dothan | ☐ Temporary Only ☒ Any |

Are you at least 18 years of Age? ☒ Yes ☐ N

Are you authorized to work by the United States Immigration and Naturalization Service? ☒ Yes ☐ No ☐ Not Applicable (United States Citizen)
If yes, please list your Visa number.

In the box under each day below, list the hours you are available to work. If you are not available to work on a specific day, place an "X" in that box.

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|--------|---------|-----------|----------|--------|----------|--------|
| ANY | ANY | ANY | ANY | ANY | ANY | X |

How did you find out about employment opportunities at Compass Bank? If you were referred by a current employee, please list the name.

ajb.org

Date Available to Work: 11/11/02

Salary/Wage Desired: $6.00 per: (hour) month year (circle one)

List the types of office equipment, computing equipment and software you have used and your degree of proficiency with each, if relevant to the job(s) for which you are applying.

Switch Board, Unix, Fax, Copier, Microsoft Word, Works,

List other information such as skills, licenses, certification, etc. that are relevant to the position(s) for which you are applying.

10-Key

**Employment of Relatives** — Compass Bank policy permits the employment of relatives except in those situations that would create an actual or potential conflict of interest.

Relatives employed? ☐ Yes ☒ No If yes, list name(s) of relatives.

Have you ever been involuntarily discharged from employment? ☐ Yes ☒ No If yes, give details (including employer, when and where).

**Criminal Convictions** — Have you ever been convicted of a crime? ☐ Yes ☐ No If yes, list ALL crimes, including misdemeanors, of which you have been convicted or to which you have pled guilty with the exception of minor traffic violations (e.g., expired parking meter, speeding tickets, etc). You must include DUI and Reckless Driving convictions. Do not list any crimes for which you were arrested but not convicted. **Note:** A conviction will not necessarily disqualify you from employment.

**References** — Please list the names of three people with whom you have worked. Do not include individuals who are related to you.

| Name | Title | Telephone Number | Company/Organization | Relationship to You |
|------|-------|------------------|----------------------|---------------------|
| Charlie Chapman | Branch Manager | | Extraco Banks | Manager |
| Jody Nieto | Manager | | Ace Athletics | Manager |
| Donny Wood | Manager | | HEB Pantry | Manager |

## EDUCATION

List all schools attended:                    **REDACTED**

| EDUCATION | DATES ATTENDED (MONTH/YEAR) | GRADUATION (MONTH/YEAR) | DEGREE/GPA |
|-----------|----------------------------|-------------------------|------------|
| High School Livingston | | Graduated or GED? ☒ Yes ☐ No | |
| College Sam Houston STATE | From 1996 To 1999 | Date    Did not Graduate ☒ | |
| College | From    To | Date    Did not Graduate ☐ | |
| Other (trade, etc.) | From    To | Date    Did not Graduate ☐ | |
| Other (trade, etc.) | From    To | Date    Did not Graduate ☐ | |

# CURRENT AND PREVIOUS EMPLOYMENT

- You must complete the following section in full. List your last four employers, **including the requested salary information**.
- Be sure to list all employment with banks and other financial institutions and other employment directly related to the position(s) for which you are applying. You may attach additional pages if necessary. If you do, follow the format below.
- **You may not substitute your resume for this section.**
- List your current or most recent employer first and include full-time, part-time and temporary positions, as well as military service and paid internships.
- If you worked for a temporary agency, list the name of the agency, not the company where you were assigned to work.

Presently employed? ☐ Yes ☒ No  If presently employed, may we contact your employer? ☐ Yes ☐ No  (Note: If you accept an offer of employment, Compass Bank will consider this to be your authorization to contact your current employer for reference information, subsequent to notification of your resignation from said employer, even if you checked no).

| Employer (current or most recent) | City, State | Area Code/Phone # | Job Title |
|---|---|---|---|
| Ace Athletics | Copperas Cove Texas | (254) 547-4443 | Sales/Trainer — Full Time ☒  Part Time ☐ |

**Supervisor:** Jody Nieto
**Dates Employed (month/year):** From 6/02 To 10/02
**Salary (specify per hour, month, year):** Start $ 5.50  Final $ 5.50
Commission, Incentive or Bonus amount, if any:

**Responsibilities:** Sales, Training, Customer Service
**Reason for Leaving:** Moved

| Employer | City, State | Area Code/Phone # | Job Title |
|---|---|---|---|
| Cove Christian School | Copperas Cove Texas | (254) 547.1212 | Teacher — Full Time ☒  Part Time ☐ |

**Supervisor:** Tracy Savage
**Dates Employed (month/year):** From 8/01 To 5/02
**Salary (specify per hour, month, year):** Start $ 1000.00  Final $ 1000.00
Commission, Incentive or Bonus amount, if any:

**Responsibilities:** 1st, 2nd, 3rd grade teacher
**Reason for Leaving:** End of school year

| Employer | City, State | Area Code/Phone # | Job Title |
|---|---|---|---|
| Extraco Banks | Temple, Killeen Texas | (254) 778-8888 | Teller — Full Time ☒  Part Time ☐ |

**Supervisor:** Beverly Chavez
**Dates Employed (month/year):** From 02/99 To 8/01
**Salary (specify per hour, month, year):** Start $ 8.00  Final $ 8.50
Commission, Incentive or Bonus amount, if any:

**Responsibilities:** Teller, Customer Service
**Reason for Leaving:** Moved

| Employer | City, State | Area Code/Phone # | Job Title |
|---|---|---|---|
| First National Bank | Livingston Texas | (936) 327-5741 | Teller — Full Time ☒  Part Time ☐ |

**Supervisor:** Daphne Gardner
**Dates Employed (month/year):** From 08/93 To 08/96
**Salary (specify per hour, month, year):** Start $ 6.00  Final $ 7.00
Commission, Incentive or Bonus amount, if any:

**Responsibilities:** Teller, Customer Service
**Reason for Leaving:** To College



**Compass Bank**

## APPLICANT CONSENT
### FOR
## OBTAINING CONSUMER REPORTS, INCLUDING CREDIT, CRIMINAL AND MVR
### BACKGROUND REPORTS

Compass Bank considers your credit and criminal record (and MVR record for selected positions) as part of our pre-employment screening process. The Federal Consumer Credit Reporting Reform Act of 1996 requires that Compass Bank obtain your written consent authorizing us to obtain one or more of your consumer reports, including, but not limited to, credit reports, criminal record reports and/or MVR reports.

Please provide all of the information requested below. Your signature authorizes Compass Bank to obtain consumer reports, including but not limited to, credit reports, criminal record reports and MVR reports, and authorizes the bank to use this information for consideration for employment or continued employment. If, wholly or in part as a result of this information, you are disqualified for employment, you will receive a copy of the respective report and a statement of your rights under the Fair Credit Reporting Act, where applicable.

| Lopez | Gisele | A. |
|-------|--------|----|
| Last Name | First Name | Middle Initial |

**Present Address (address, apartment number if applicable, city, state, zip )**

**Most Recent Former Address (address, apartment number if applicable, city, state, zip )**

| Social Security Number | _Gisele Lopez_ Signature | 11/10/02 Date |
|---|---|---|

**Please list EACH <u>county and state</u> in which you have resided, received mail, and/or worked over the past 10 years. Example: Jefferson County, Alabama**

| County | State | County | State |
|--------|-------|--------|-------|
| Polk County, TEXAS | | | |
| Bell County, TEXAS | | | |
| Coryell County, TEXAS | | | |

If you have **ever** been convicted of a crime, pled guilty to a charge or have entered into an agreement for suspension or dismissal of criminal charges upon completion of other alternatives, please list below. Include felony and misdemeanors with the exception of minor traffic violations (e.g., expired parking meter, speeding tickets, etc.). You must include DUI and reckless driving convictions. **Note:** A conviction will not necessarily disqualify you from employment.

No

Revised 9/24/01

**REDACTED**

# TELLER SCHEDULE ADDENDUM

*This additional schedule information is requested of teller applicants to assist us in giving your application full consideration for those available positions that are compatible with your preferences.*

Name: Gisele Lopez

_____ Do you wish to be considered **exclusively** for part time employment, with 20+ hours per week and a comprehensive benefits package?

_____ Do you wish to be considered **exclusively** for full time employment, and not for part time opportunities?

___X___ Do you wish to be considered for either full time or part time positions?

*The following represents the earliest and latest times a shift might be scheduled in a Auburn, Dothan, Eufaula or Montgomery branch. Please indicate when you are available to work:*

| DAY | COMPASS HOURS | Can you work these hours? | If you cannot work these hours, please indicate the times you are available to work: |
|---|---|---|---|
| Monday | 8:00-5:30 | (Yes)   No | |
| Tuesday | 8:00-5:30 | (Yes)   No | |
| Wednesday | 8:00-5:30 | (Yes)   No | |
| Thursday | 8:00-5:30 | (Yes)   No | |
| Friday | 8:00-6:30 | (Yes)   No | |
| Saturday | 8:00-12:30 | (Yes)   No | |

**The above schedule is correct until:** _____
Date

_Yes_ Do you wish to be considered for work schedules that include **rotating** Saturday mornings?

_____ Do you wish to be considered for work schedules that include **every** Saturday morning?

_Yes_ Do you wish to be considered **exclusively** for Monday – Friday work schedules, and not those that include Saturday mornings?

Signature: Gisele Lopez          Date: 11/10/02

# CERTIFICATION & ACKNOWLEDGMENT

I certify and acknowledge that:

1. **Bona Fide Intention** — I am interested in and available for employment with Compass Bank, I am not bound by a contractual non-compete obligation that would hinder my employment with Compass Bank, and I fully intend to accept suitable employment if offered.

2. **Employment Eligibility** — I understand that federal law requires that I verify my eligibility to work in the United States within three days of my first day of work and that failure to do so will render me ineligible for continued employment.

3. **Verification** — I understand that Compass Bank will conduct appropriate pre- and post-employment background verifications, including but not limited to contacts with all previous employers, governmental agencies, regulatory associations (including the NASD) and educational institutions I have attended. I authorize each company or institution listed above (or otherwise provided or determined through the application process) to provide relevant information to Compass Bank, whether or not such information is part of their records, and hereby release each company or organization from any liability arising from such disclosure.

4. **Credit Check** — I authorize Compass Bank to obtain my consumer credit report from the agency of its choosing in connection with my employment. I understand that I will be notified in writing should adverse credit information result in denial of employment in full compliance with applicable provisions of the Fair Credit Reporting Act, as amended.

5. **Drug Screening** — I agree to submit to a pre-employment drug screening as a condition of employment and understand that I must successfully pass such screen. I further agree to comply with the company's drug-free workplace policy and submit to a drug screening at the company's request at any time during my employment. I understand that failure to comply with this policy may result in termination of employment.

6. **Criminal Convictions** — I certify that I have disclosed all criminal convictions as required above and give Compass Bank authorization to investigate and/or verify my records. I further agree to immediately report to the bank any crimes for which I am convicted or to which I plead guilty during my employment.

7. **Compass Charity** — I agree to donate, via payroll deduction, $1/2$ of 1 percent of my salary to Compass Charity as a condition of employment.

8. **Securities and Insurance Activities** — If I am hired into a position requiring a securities license, I agree to terminate any existing securities agency relationships.

9. **Corporate Policies** — I agree to comply with all Compass Bank corporate policies contained in the company's Code of Conduct and other documents.

10. **Alternative Dispute Resolution and Employment at Will** — Because of, among other things, the delay and expense that result from use of the court systems, if I am offered employment and accept, Compass Bank and I agree in accordance with Compass' Alternative Dispute Resolution Policy (which I may review upon request) to submit to binding arbitration any claims concerning any aspect of my employment relationship or its termination, whether those claims arise under or concern any federal law, state law or local ordinance or law, or any other legal theory of any kind. In return for Compass considering my application, I agree to submit any claim respecting my application for employment to binding arbitration under Compass' Alternative Dispute Resolution Policy. If I am offered employment at Compass, I understand that I will be offered a position terminable at the will of either party to ensure that both Compass and I have the maximum freedom to end the employment relationship at any time, with or without cause or prior notice. I understand further that even if I am selected for employment as an employee at will, I remain obligated to bring any claim concerning my application for employment, my employment or the termination of my employment through the Compass Alternative Dispute Resolution Policy.

11. **Confidentiality** — I agree to protect the confidentiality of privileged information that I may be entrusted with during my employment. I further agree to participate in any investigation conducted by the company. I understand that I may be asked to take a polygraph examination to the extent authorized by law in the event there arises an ongoing investigation of economic loss or injury to the company. I agree not to use, divulge, furnish or make available to any third party any trade secrets, customer lists, information regarding customers or any confidential information without the prior written consent of the company.

I hereby affirm all of the information given in the employment application is true to the best of my knowledge. I have not omitted any information. I understand that any omission, misrepresentation or misstatement of fact in this application and/or attached resume (if any) may result in disqualification for employment or termination of employment.

_Gisele Lopez_ _____         _11/10/02_ _____
Signature                                          Date

# Section Six:

- Applications/Resumes screened by HR and found to not meet minimum qualifications.

EXHIBIT

ALL-STATE LEGAL®

E

# 2003 ATTENDANCE RECORD

| NAME | EMPLOYEE NUMBER | HOME PHONE |
|---|---|---|
| Stefan, Green | | |

**ADDRESS**

| DIVISION/COST CENTER | SOCIAL SECURITY NUMBER | GRADE | DATE OF HIRE |
|---|---|---|---|
| 2830 0 | | | 10-27-03 |

**DIRECTIONS**

Post absences and tardiness (and if desired, overtime)–do NOT post daily presence.

Be sure not to count certain absences, as noted below, as occurrences (Family and Medical Leave absence, jury duty, etc.). Contact your Human Resources representative with any questions.

**EXAMPLES**

| Sick All Day | S |
|---|---|
| Emergency 2 hours | E 2 |

**CODES**

*May be counted toward absence occurrences:*

| Sick | S |
|---|---|
| Tardy | T |
| Emergency | E |
| Leave w/out Pay (less than 1 week)* | LWOP |
| Leave of Absence w/out Pay (more than 1 week)* | LA |

*Not an absence occurrence if taken concurrently with approved Family and Medical Leave.

*Not counted toward absence occurrences:*

| Holidays/Sat. & Sun. | |
|---|---|
| Vacation | V |
| Sick-FMLA (approved Family and Medical Leave) | SL |
| Floating Holiday | F |
| Jury Duty | J |
| Military Leave | M |

**OTHER CODES:**

| Performance Appraisal | PA |
|---|---|
| Overtime | O |

J19-49-2078 Rev. 1/03

**2004 ATTENDANCE RECORD**

| Name | Stefani Green | Employee Number | Home Phone |
| --- | --- | --- | --- |

Address

| Division / Cost Center | Social Security Number | Grade | Date of Hire |
| --- | --- | --- | --- |

The attendance grid shows months (rows) with days 1–31 and their weekday letters across the top of each month block. Handwritten marks include check marks (V) in various cells, and notations.

JAN: days 1–31 (T F S S M T W T F S S M T W T F S S M T W T F S S M T W T F S) — checkmarks around days 20–23

FEB: days 1–29 (S M T W T F S S M T W T F S S M T W T F S S M T W T F S S)

MAR: days 1–31 (M T W T F S S M T W T F S S M T W T F S S M T W T F S S M T W) — "6 0 0" around days 8–10, "Sk" around day 20, checkmarks at days 29–31

APR: days 1–30 (T F S S M T W T F S S M T W T F S S M T W T F S S M T W T F) — checkmarks V V at days 1–2

MAY: days 1–31 (S M T W T F S S M T W T F S S M T W T F S S M T W T F S S M)

JUN: days 1–30 (T W T F S S M T W T F S S M T W T F S S M T W T F S S M T W) — checkmarks V at day 4, day 7

JUL: days 1–31 (T F S S M T W T F S S M T W T F S S M T W T F S S M T W T F S)

AUG: days 1–31 (S M T W T F S S M T W T F S S M T W T F S S M T W T F S S M T) — "S" at day 1, "S" at day 11

SEP: days 1–30 (W T F S S M T W T F S S M T W T F S S M T W T F S S M T W T)

OCT: days 1–31 (F S S M T W T F S S M T W T F S S M T W T F S S M T W T F S S)

NOV: days 1–30 (M T W T F S S M T W T F S S M T W T F S S M T W T F S S M T)

DEC: days 1–31 (W T F S S M T W T F S S M T W T F S S M T W T F S S M T W T F)

**Directions:**
Post absences and tardiness (and if desire, overtime) -- do NOT post daily presence. Be sure to count certain absence, as noted below, as occurrences (Family and Medical Leave absence, jury duty, etc.) Contact your Human Resources representative with any questions.

**Examples:**

**Codes:** (may be counted toward absence occurrences)

| Sick (All Day) | S | Sick: | S | Tardy: | T | Emergency: | E | Leave w/out Pay (less than one week)*: | LWOP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Emergency (2 hours) | E 2 | Leave of Absence w/out Pay (more than 1 week)*: | | | | LA | | *not an absence if taken concurrently with approved Family and Medical Leave. | |

**Not counted toward absence occurrences:**

| Holidays | | Vacation | V | Floating Holiday | F | Jury Duty | J | Military Leave | M | Sick – FMLA (approved Family and Medical Leave) | SL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Performance Appraisal | | PA | | Overtime | O | Weekends | | | | | |

### Consultations with Employee

| Date | Remarks | Date | Remarks |
|------|---------|------|---------|
| 8·2 | Called me said she had been up all night sick. Told coworker she dislocated her shoulder. I asked she said she dislocated shoulder | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### Details of Absences & Tardinesses

| Date | Type | Time | Details | Date | Type | Time | Details |
|------|------|------|---------|------|------|------|---------|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# 2003 ATTENDANCE RECORD

| NAME | EMPLOYEE NUMBER | HOME PHONE (334) |
|---|---|---|
| Karen L. Jackson | | 693-0171 |

**ADDRESS**
1034 Co. Rd. 39 Headland AL 36345

| DIVISION/COST CENTER | SOCIAL SECURITY NUMBER | GRADE | DATE OF HIRE |
|---|---|---|---|
| | 126584640 | | 5-5-03 |

**DIRECTIONS**

Post absences and tardiness (and if desired, overtime)—do NOT post daily presence.

Be sure not to count certain absences, as noted below, as occurrences (Family and Medical Leave absence, jury duty, etc.). Contact your Human Resources representative with any questions.

**EXAMPLES**

| | |
|---|---|
| Sick All Day | S |
| Emergency 2 hours | E / 2 |

**CODES**

*May be counted toward absence occurrences:*

| | |
|---|---|
| Sick | S |
| Tardy | T |
| Emergency | E |
| Leave w/out Pay (less than 1 week)* | LWOP |
| Leave of Absence w/out Pay (more than 1 week)* | LA |

*Not an absence occurrence if taken concurrently with approved Family and Medical Leave.

*Not counted toward absence occurrences:*

| | |
|---|---|
| Holidays/Sat. & Sun. | |
| Vacation | V |
| Sick-FMLA (approved Family and Medical Leave) | SL |
| Floating Holiday | F |
| Jury Duty | J |
| Military Leave | M |

**OTHER CODES:**

| | |
|---|---|
| Performance Appraisal | PA |
| Overtime | O |

Months: JAN, FEB, MAR, APR, MAY, JUN, JUL, AUG, SEP, OCT, NOV, DEC

99-49-2076 Rev. 1/03

# 2004 ATTENDANCE RECORD

| Name | Karen Jackson | Employee Number | | Home Phone | |
|------|---------------|-----------------|--|------------|--|
| **Address** | | | | | |
| **Division / Cost Center** | | **Social Security Number** | **Grade** | **Date of Hire** | |

**JAN**

| 1 T | 2 F | 3 S | 4 S | 5 M | 6 T | 7 W | 8 T | 9 F | 10 S | 11 S | 12 M | 13 T | 14 W | 15 T | 16 F | 17 S | 18 S | 19 M | 20 T | 21 W | 22 T | 23 F | 24 S | 25 S | 26 M | 27 T | 28 W | 29 T | 30 F | 31 S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**FEB**

| 1 S | 2 M | 3 T | 4 W | 5 T | 6 F | 7 S | 8 S | 9 M | 10 T | 11 W | 12 T | 13 F | 14 S | 15 S | 16 M | 17 T | 18 W | 19 T | 20 F | 21 S | 22 S | 23 M | 24 T | 25 W | 26 T | 27 F | 28 S | 29 S | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MAR**

| 1 M | 2 T | 3 W | 4 T | 5 F | 6 S | 7 S | 8 M | 9 T | 10 W | 11 T | 12 F | 13 S | 14 S | 15 M | 16 T | 17 W | 18 T | 19 F | 20 S | 21 S | 22 M | 23 T | 24 W | 25 T | 26 F | 27 S | 28 S | 29 M | 30 T | 31 W |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**APR**

| 1 T | 2 F | 3 S | 4 S | 5 M | 6 T | 7 W | 8 T | 9 F | 10 S | 11 S | 12 M | 13 T | 14 W | 15 T | 16 F | 17 S | 18 S | 19 M | 20 T | 21 W | 22 T | 23 F | 24 S | 25 S | 26 M | 27 T | 28 W | 29 T | 30 F | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MAY**

| 1 S | 2 S | 3 M | 4 T | 5 W | 6 T | 7 F | 8 S | 9 S | 10 M | 11 T | 12 W | 13 T | 14 F | 15 S | 16 S | 17 M | 18 T | 19 W | 20 T | 21 F | 22 S | 23 S | 24 M | 25 T | 26 W | 27 T | 28 F | 29 S | 30 S | 31 M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**JUN**

| 1 T | 2 W | 3 T | 4 F | 5 S | 6 S | 7 M | 8 T | 9 W | 10 T | 11 F | 12 S | 13 S | 14 M | 15 T | 16 W | 17 T | 18 F | 19 S | 20 S | 21 M | 22 T | 23 W | 24 T | 25 F | 26 S | 27 S | 28 M | 29 T | 30 W | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**JUL**

| 1 T | 2 F | 3 S | 4 S | 5 M | 6 T | 7 W | 8 T | 9 F | 10 S | 11 S | 12 M | 13 T | 14 W | 15 T | 16 F | 17 S | 18 S | 19 M | 20 T | 21 W | 22 T | 23 F | 24 S | 25 S | 26 M | 27 T | 28 W | 29 T | 30 F | 31 S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**AUG**

| 1 S | 2 M | 3 T | 4 W | 5 T | 6 F | 7 S | 8 S | 9 M | 10 T | 11 W | 12 T | 13 F | 14 S | 15 S | 16 M | 17 T | 18 W | 19 T | 20 F | 21 S | 22 S | 23 M | 24 T | 25 W | 26 T | 27 F | 28 S | 29 S | 30 M | 31 T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**SEP**

| 1 W | 2 T | 3 F | 4 S | 5 S | 6 M | 7 T | 8 W | 9 T | 10 F | 11 S | 12 S | 13 M | 14 T | 15 W | 16 T | 17 F | 18 S | 19 S | 20 M | 21 T | 22 W | 23 T | 24 F | 25 S | 26 S | 27 M | 28 T | 29 W | 30 T | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**OCT**

| 1 F | 2 S | 3 S | 4 M | 5 T | 6 W | 7 T | 8 F | 9 S | 10 S | 11 M | 12 T | 13 W | 14 T | 15 F | 16 S | 17 S | 18 M | 19 T | 20 W | 21 T | 22 F | 23 S | 24 S | 25 M | 26 T | 27 W | 28 T | 29 F | 30 S | 31 S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NOV**

| 1 M | 2 T | 3 W | 4 T | 5 F | 6 S | 7 S | 8 M | 9 T | 10 W | 11 T | 12 F | 13 S | 14 S | 15 M | 16 T | 17 W | 18 T | 19 F | 20 S | 21 S | 22 M | 23 T | 24 W | 25 T | 26 F | 27 S | 28 S | 29 M | 30 T | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**DEC**

| 1 W | 2 T | 3 F | 4 S | 5 S | 6 M | 7 T | 8 W | 9 T | 10 F | 11 S | 12 S | 13 M | 14 T | 15 W | 16 T | 17 F | 18 S | 19 S | 20 M | 21 T | 22 W | 23 T | 24 F | 25 S | 26 S | 27 M | 28 T | 29 W | 30 T | 31 F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Directions:**
Post absences and tardiness (and if desire, overtime) – do NOT post daily presence. Be sure to count certain absences, as noted below, as occurrences (Family and Medical Leave absence, jury duty, etc.). Contact your Human Resources representative with any questions.

**Examples:**

**Codes:** (may be counted toward absence occurrences)

| Sick (All Day) | S | Sick: | S | Tardy: | T | Emergency: | E | Leave w/out Pay (less than one week)*: | LWOP |
|---|---|---|---|---|---|---|---|---|---|
| Emergency (2 hours) | E/2 | Leave of Absence w/out Pay (more than 1 week)*: | | | | | LA | *not an absence if taken concurrently with approved Family and Medical Leave. | |

**Not counted toward absence occurrences:**

| Holidays | | Vacation | V | Floating Holiday | F | Jury Duty | J | Military Leave | M | Sick - FMLA (approved Family and Medical Leave) | SL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Performance Appraisal | PA | Overtime | O | Weekends | | | | | | | |

problem warranting a counseling or written warning. Ms. Green had a third occurrence (meaning absence or tardy) on August 2, 2004. As a result, Ms. Green was verbally counseled regarding her attendance. On August 11, 2004, Ms. Green had a fourth occurrence that would justify a written warning. Ms. Green would have received a written warning, except the decision had been made at that time to terminate her employment due to excessive outages. Ms. Green resigned her employment on August 19, 2004, prior to being involuntarily terminated for excessive outages.

**I declare under the penalty of perjury laws of the United States of America that the foregoing is true and correct.**

Date: 4/24/2006

Regina McNeil