EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DEFENDANT'S
EXHIBIT

4

ALL-STATE LEGAL®

| | |
|---|---|
| SHIRLEY Z. LEE | } |
| | } |
| Plaintiff, | } |
| | } |
| vs. | } |
| | } |
| COMPASS BANCSHARES, INC. | } |
| | } |
| | } |
| | } |
| Defendant. | } |

C E R T I F I C A T I O N

I, Donald P. Burris, after being duly sworn on my oath, depose and say as follows:

1.  I am the Deputy Director of the Birmingham District Office of the Equal Employment Opportunity Commission (EEOC);

2.  The Equal Employment Opportunity Commission is an agency of the United States of America charged with, "inter alia", the administration, interpretation and enforcement of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e, et. Seg.

3.  Pursuant to its statutory authority, the EEOC receives and investigates charges of employment discrimination;

4.  In the course of its investigations, the EEOC collects documents and compiles records;

5.  I am custodian of all the records of this office;

6.  I have reviewed the EEOC's investigative file of Shirley Z. Lee v. Compass Bancshares, Inc., Charge No.: 130-2005-02394;

7.  I have personal knowledge of the contents thereof;

8.  I hereby certify that the attached documents are true and correct copies of records which were compiled during the course of the investigation of the above mentioned charge.


Donald P. Burris
Deputy Director
Birmingham District Office
Equal Employment Opportunity Commission


Sworn to and subscribed before me this the 13th day of September, 2005.

NOTARY PUBLIC Geneva White

My Commission Expires  10-15-05

# CHARGE OF DISCRIMINATION

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☐ FEPA  ☒ EEOC | 130-2005-02394 |

_____ and EEOC
_____ *State or local Agency, if any*

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Shirley Z. Lee | (334) 678-6886 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 125 Caravan Lane | Dothan, Alabama 36303 | 6-21-63 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Compass Bank | 15 plus | (334) 712-7000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1263 West Main Street | Dothan, Alabama  36301 | Houston |

| NAME | | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|---|
| | | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| ☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN  ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify)* | EARLIEST      LATEST                   1-28-05   ☒ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional space is needed, attach extra sheet(s)):*

I am a Chinese-American woman and resident citizen of Houston County.  I worked for the Bank for some four years and was fired on January 28, 2005 for an error that is common.  Whites who commit this error are not terminated.  I have been passed over for promotions to positions that I am more than qualified to hold while whites with less education or experience were given the positions.

The Bank has no minorities in any positions at the executive or supervisory levels.  The Bank has engaged in unlawful employment practices in both advancement and discipline.  I have been discriminated against because of my race/ethnicity and national origin.

FEB 11 2005

| ☐ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - *(When necessary for State and Local Requirements)* Melissa Thomas |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT  Shirley Lee |
| _Shirley Lee_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)*   my comm. expires |
| Date 2-9-05     Charging Party *(Signature)* | 2-9-05                    1-11-09 |

EEOC FORM 5 (Rev. 06/92)