IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY Z. LEE, | * |
| PLAINTIFF, | * |
| VS. | *   CASE NO.: 1:05-CV-717-A |
| COMPASS BANCSHARES, INC., | * |
| DEFENDANT. | * |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Comes now the Plaintiff and moves for a fourteen day extension, until May 31, 2006 to file response to Defendant's Motion for Summary Judgment. Plaintiff's counsel has consulted with Defendant's counsel and he does not oppose the extension.

Malcolm R. Newman, Attorney, P.C.

/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Plaintiffs
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Douglas B. Kauffman, Esq.
Brent T. Cobb, Esq.
Balch & Bingham, LLP
P.O. Box 306
Birmingham, Alabama 35201-0306

/s/ Malcolm R. Newman, Esq.
Malcolm R. Newman, Esq.