IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY Z. LEE, | * |
| PLAINTIFF, | * |
| VS. | * CASE NO.: 1:05-CV-717-A |
| COMPASS BANCSHARES, INC., | * |
| DEFENDANT. | * |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

Comes now the Plaintiff and moves for a fourteen day extension, until May 31, 2006 to file response to Defendant's Motion for Summary Judgment. Plaintiff's counsel has consulted with Defendant's counsel and he does not oppose the extension.

Malcolm R. Newman, Attorney, P.C.

/s/ Malcolm R. Newman
Malcolm R. Newman (NEW017)
Attorney for Plaintiffs
P.O. Box 6137
Dothan, Alabama 36302
(334) 792-2132
ASB-2826-M39M

**MOTION GRANTED**

SO ORDERED
THIS 17th DAY OF _____, 20 06
UNITED STATES DISTRICT JUDGE