**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| SHIRLEY Z. LEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-CV-717-WHA |
| | ) | |
| COMPASS BANK, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with the Order entered in this case on this date, Judgment is hereby entered in favor of the Defendant, Compass Bank, Inc. and against the Plaintiff, Shirley Lee, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiff.

Done this 19th day of June, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE