# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

# INVOICE

(205) 252-9152 • Toll-Free (800) 458-6031 • Fax (205) 252-0196
One Federal Place, Suite 1020 • 1819 Fifth Avenue North
Birmingham, Alabama 35203

DOUGLAS B. KAUFFMAN
BALCH & BINGHAM
1710 SIXTH AVENUE NORTH
P.O. BOX 306
BIRMINGHAM, ALABAMA  35201

February  7, 2006

**Invoice#** 06-210

**Balance:**   $849.15

Re: SHIRLEY Z. LEE V COMPASS BANCSHARES, INC.
    on 01/13/06 by HEATHER P. SPIER

Charge Description                                                         Amount
DEPONENT: SHIRLEY Z. LEE

| | | | |
|---|---|---|---|
| 1   | PER DIEM             | @ 100.00/DAY   | 100.00 |
| 196 | ORIGINAL & 1 PAGES   | @   3.05/PAGE  | 597.80 |
| 1   | ASCII DISK           | @  20.00/EACH  |  20.00 |
| 1   | TRAVEL TRANSCRIPT    | @  20.00/EACH  |  20.00 |
| 64  | EXHIBITS             | @    .30/PAGE  |  19.20 |
| 190 | MILEAGE              | @    .485/MILE |  92.15 |

P l e a s e    R e m i t   - - - >   Total Due:   $849.15
EIN 20-2042132

*Please Detach and Return Stub With Payment*
**************PAYMENT DUE UPON RECEIPT*************

Remit to:

# TYLER EATON
TYLER EATON MORGAN NICHOLS & PRITCHETT INC.

One Federal Place, Suite 1020
1819 Fifth Avenue North
Birmingham, Alabama 35203

Invoice# 06-210

Balance$      849.15

EIN 20-2042132

**BALCH & BINGHAM LLP**
GENERAL ACCOUNT
POST OFFICE BOX 306
BIRMINGHAM, ALABAMA 35201

COMPASS BANK
OXFORD, ALABAMA (58)

**255495**
(255495)

DATE: Feb 10, 2006

AMOUNT: $2,914.40

PAY TWO THOUSAND NINE HUNDRED FOURTEEN AND 40/100 DOLLARS

TO THE ORDER OF

Tyler Eaton Morgan Nichols & Pritchett
One Federal Place, Suite 1020
1819 5th Avenue North, Birmingham, AL  35203

TWO SIGNATURES REQUIRED IF OVER $500.00

NOT VALID AFTER 6 MONTHS

⑈255495⑈ ⑆062205908⑆ 001 3466 7⑈

| 00010039 | | Tyler Eaton Morgan Nichols & Pritchett | CHECK DATE: | 02/10/06 | 255495 |
|---|---|---|---|---|---|
| REF | INVOICE | DATE | INVOICE DESCRIPTION | | AMOUNT PAID |
| 107549 | 06-171 | 01/27/06 | Deposition of Rebecca Wright, Jeff Cabaniss | | 871.70 |
| 107550 | 06-177 | 01/30/06 | | | 779.55 |
| 107857 | 06-210 | 02/07/06 | | | 849.15 |
| 108036 | 06-134 | 01/19/06 | | | 414.00 |

LR3286-M-2   COMPUTER GRAPHICS, L.L.C. 205-699-2606 / FAX 205-699-5657   PRINTED IN U.S.A.